No. 293.   BUFORD ET AL. v. TEXAS.   Court of Civil Appeals of Texas, Third Supreme Judicial District. Certiorari denied.   *Dan Moody* and *Fred W. Moore* for petitioners.   *Will Wilson,* Attorney General of Texas, and *L. P. Lollar* and *Howard W. Mays,* Assistant Attorneys General, for respondent.

No. 301.   VIRGINIAN RAILWAY CO. v. ROSE ET AL.   C. A. 4th Cir.   Certiorari denied.   *Francis S. Bensel* and *Hancock Griffin, Jr.* for petitioner.   *W. A. Thornhill, Jr.* for respondents.

No. 309.   HANCOCK v. UNITED STATES.   C. A. 2d Cir. Certiorari denied.   *David I. Shapiro* for petitioner.   *Solicitor General Rankin* for the United States.

No. 332.   MURPHY v. WASHINGTON AMERICAN LEAGUE BASE BALL CLUB, INC., ET AL.   United States Court of Appeals for the District of Columbia Circuit.   Certiorari denied.   *Daniel M. Gribbon, Joel Barlow* and *John B. Jones, Jr.* for petitioner.   *John E. Powell, Arthur P. Drury, John M. Lynham, David C. Bastian* and *Henry H. Paige* for respondents.

No. 95.   HOFFLUND v. SEATON, SECRETARY OF THE INTERIOR, ET AL.   Motion to substitute Roger W. Jones as a party respondent in the place of Harry Ellsworth granted.   Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.   Petitioner *pro se.*   *Solicitor General Rankin, Assistant Attorney General Doub* and *Samuel D. Slade* for respondents.